IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BARBARA BOYTE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | )   **CASE NO.: 3:16-cv-02799** |
| v. | )   **JUDGE TRAUGER** |
| | ) |
| **ROBERT A. MCDONALD,** | ) |
| *Secretary, Department of* | ) |
| *Veterans Affairs*, | ) |
| | ) |
|    **Defendant.** | ) |

### JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

COMES NOW the parties, by and through their undersigned counsel, and respectfully moves this Honorable Court to reschedule the Initial Case Management Conference in this action, now set for Thursday, January 5, 2017, at 2:00 p.m. to a date after the due date of the answer or other responsive pleading. Currently, Defendant's answer or other responsive pleading is due on or before January 20, 2017. Defendant is making diligent efforts to obtain necessary documentation in order to determine whether to file an answer or other responsive pleading. However, because the necessary documentation remains outstanding, the parties are in agreement that Defendant's answer or other responsive pleading should be extended until February 28, 2017.

THEREFORE, based on the above, it is requested that the Court reschedule the Initial Case Management Conference to a date after February 28, 2017, and further allow Defendant until February 28, 2017, to file its answer or other responsive pleading.

[signatures on next page]

Respectfully submitted,

DAVID RIVERA
United States Attorney
Middle District of Tennessee


BY:    s/ Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN   37203-3870
Telephone:   (615) 736-5151
B.P.R. # 013330


OF COUNSEL:

Kathleen Pohlid
Office of General Counsel
Department of Veterans Affairs
3322 West End Avenue, Suite 509
Nashville, TN 37203



s/ R. Patrick Parker (with permission)
R. PATRICK PARKER
1517 Hunt Club Blvd.
Gallatin, TN 37075
Telephone: (615) 724-5291
B.P.R. # 16847